*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOUTZ, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Terrell T. HUNTER**
Machinist's Mate First Class (E-6), U.S. Navy
*Appellant*

**No. 202100159**

Decided: 8 November 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin C. Robertson

Sentence adjudged 16 February 2021 by a general court-martial convened at Fleet Activities Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 67 months,[1] and a dishonorable discharge.

For Appellant:
*Major Brian L. Farrell, USMC*

For Appellee:
*Brian K. Keller, Esq.*

_____

[1] The convening authority suspended confinement in excess of 36 months pursuant to a pretrial agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

_____

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202100159** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Terrell T. HUNTER**<br>**Machinist's Mate First Class (E-6)**<br>**U. S. Navy**<br>     *Accused* | ***As Modified on Appeal***<br><br>**8 November 2021** |

On 2 October 2020 and 16 February 2021, the Accused was tried at Fleet Activities Yokosuka, Japan, by a general court-martial consisting of a military judge sitting alone. Military Judge Benjamin C. Robertson presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

 *Plea:* Not Guilty.
 *Finding:* Dismissed.

**Specification:** **Obstruction of Justice on or about 3 August 2019.**

 *Plea:* Not Guilty.
 *Finding:* Dismissed.

**Charge II:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

 *Plea:* Guilty.
 *Finding:* Guilty.

**Specification 1:** **Possession of Child Pornography on or about 2 August 2019 on *DropBox.com* account.**

 *Plea:* Guilty.

 *Finding:* Guilty.

**Specification 2:** **Possession of Child Pornography on or about 2 August 2019 on *Box.com* account.**

 *Plea:* Guilty.

 *Finding:* Guilty.

**Specification 3:** **Possession of Child Pornography between about June 2019 to about August 2019.**

 *Plea:* Guilty.

 *Finding:* Guilty.

**Specification 4:** **Viewing Child Pornography on divers occasions between about July 2015 and about August 2019.**

 *Plea:* Guilty.

 *Finding:* Guilty.

## SENTENCE

On 16 February 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for 67 months.**

**A dishonorable discharge.**

The convening authority suspended confinement in excess of 36 months for a period of 12 months, at which time, unless sooner vacated, the suspended confinement will be remitted without further action.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court